THE PEOPLE OF THE STATE OF ILLINOIS, Respondent-Appellee, *v.* JAMES HYDE, Petitioner-Appellant.

(No. 73-113;

Fifth District—November 1, 1974.

Opinion by Mr. JUSTICE CARTER.

Robert Farrell, of Mt. Vernon, and Steven Clark, of Chicago, both of State Appellate Defender's Office, and Mel S. Johnson, Senior Law Student, for appellant.

Robert H. Rice, State's Attorney, of Belleville (Robert L. Craig, Assistant State's Attorney, of counsel, and Mark Levi, Junior Law Student, Research Assistant), for the People.